**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GOLDEN PEAR FUNDING OPCO, LLC, a Delaware limited liability company; and LITICOLLECT, LLC, a Delaware limited liability company,

Plaintiffs,

v.

KO CASE SUPPORT, INC., a Nevada corporation; INJURY MEDICAL DIRECTORY, INC., a California corporation; and DOES I-X, Inclusive,

Defendants.

Case No.: 2:23-CV-01670-ART-BNW

**ORDER GRANTING**

STIPULATION FOR DISMISSAL WITH PREJUDICE

Having reached a settlement, it is hereby STIPULATED AND AGREED by and between Plaintiffs, GOLDEN PEAR FUNDING OPCO, LLC, and LITICOLLECT, LLC, and Defendants KO CASE SUPPORT, INC., and INJURY MEDICAL DIRECTORY, INC., by and through their counsel of record, that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted against Defendants herein are dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 7th day of August, 2026.

CLARK HILL PLC

By: */s/ Kristen L. Martini*

Kristen L. Martini,
Nevada Bar No. 11272
1700 S. Pavillion Center Dr., Suite 500
Las Vegas, Nevada 89135
Tel: 702.862.8300

*Attorney for Plaintiffs*

DATED this 7th day of August, 2026.

EPG LAW GROUP

By: */s/ Elias P. George*

Elias P. George, Bar No. 12379
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Tel: 702.358.0933

*Attorney for Defendants*

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: August 10, 2026